United States District Court
Southern District of Texas
**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 2013 HOUSTON SUNNYSIDE STREET, d/b/a LA CASITA APTS, Plaintiff, | § § § § § § | CIVIL ACTION NO 4:24-cv-0687 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| DAMONAY DUVERNAY, Defendant. | § § § § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff filed a notice of removal on February 2, 2024. Dkt 1. The matter was referred for pretrial management to Magistrate Judge Christina A. Bryan. Dkt 3.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan recommending that this case be remanded because it was improperly removed from Harris County court. Dkt 14.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No party filed objections to the Memorandum and Recommendation.

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 14.

The Court will issue a separate order remanding the case to state court.

SO ORDERED.

Signed on June 14, 2024, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge